# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 21-3427

———————————————

United States of America

*Plaintiff - Appellee*

v.

Taylor James Kruckenberg

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Eastern

——————————

Submitted: May 16, 2022
Filed: May 19, 2022
[Unpublished]

——————————

Before COLLOTON, GRUENDER, and BENTON, Circuit Judges.

——————————

PER CURIAM.

Taylor Kruckenberg appeals the sentence imposed by the district court[1] after he pleaded guilty to conspiracy to distribute a controlled substance, *see* 21 U.S.C.

———————————

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

§§ 841(a)(1), (b)(1)(A), and 846, and possession of a firearm by a felon, *see* 18 U.S.C. §§ 922(g)(1) and 924(a)(2). His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence was unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a) and did not err in weighing the relevant factors. *See United States v. Feemster,* 572 F.3d 455, 461-62 (8th Cir. 2009) (reviewing sentences for substantive reasonableness under deferential abuse of discretion standard; abuse of discretion occurs when the court fails to consider relevant factor, gives significant weight to an improper or irrelevant factor, or commits a clear error of judgment in weighing the appropriate factors). Further, the court imposed a sentence below the Guidelines range. *See United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that when the district court has varied below the Guidelines range, it is "nearly inconceivable" that the court abused its discretion in not varying further).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____